IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY JOHNSON                                                                    PLAINTIFF

v.                              CASE NO. 2:17-CV-00203 BSM

JERRY OLIVER, *et al.*                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE